No. 75–1897. ROGERS *v.* BOARD OF TRUSTEES OF MCKENDREE COLLEGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–1901. SLOAN *v.* CANADIAN JAVELIN, LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1902. LUTHER *v.* INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, LOCAL 16, ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–1903. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA *v.* UNITED BRANDS CO. C. A. 2d Cir. Certiorari denied.

No. 75–1904. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. *v.* NORANDA ALUMINUM, INC. C. A. 8th Cir. Certiorari denied.

No. 75–1907. CHAVEZ *v.* TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 75–1908. ROSEN ET AL. *v.* PUBLIC SERVICE ELECTRIC & GAS CO. C. A. 3d Cir. Certiorari denied.

No. 75–1912. DISTRICT UNEMPLOYMENT COMPENSATION BOARD *v.* BENJAMIN ROSE INSTITUTE. Ct. App. D. C. Certiorari denied.

No. 75–1915. DAVID *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1921. DREYFUS *v.* VON FINCK ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6389. MCCLAIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.